# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  21-CR-2078-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE** |
| JOSE DANIEL GARCIA-MARTINEZ, | |
| Defendant. | |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting date of August 27, 2021 at 9:00 a.m. be continued to **October 29, 2021 at 1:30 p.m.**

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

Dated:  August 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge